

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00065-CV
_____

IN RE:  EXPUNCTION REQUEST BY
KIMBERLY DENISE VARGAS

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court No. 2008-134-EX

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

The parties have filed a joint motion requesting this Court to abate the appeal and remand the cause to the trial court for further proceedings, stating that an agreement has been reached between the parties.

Accordingly, this case is abated and remanded to the trial court for further proceedings consistent with this opinion.


Bailey C. Moseley
Justice

Date Submitted:     September 2, 2008
Date Decided:       September 3, 2008